**Dismissed and Opinion Filed March 7, 2024**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

---

**No. 05-23-00923-CV**

---

**MELANIE LEWIS, Appellant**
**V.**
**BW MIDTOWN CEDAR HILL, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04435-B**

---

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Nowell

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 3, 2024. By postcard dated February 6, 2024, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

230923f.p05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

MELANIE LEWIS, Appellant

No. 05-23-00923-CV     V.

BW MIDTOWN CEDAR HILL, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-04435-B.
Opinion delivered by Justice Nowell. Justices Partida-Kipness and Smith participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 7th day of March, 2024.